# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

June 18, 2024

**VIA ECF**
Hon. Jesse M. Furman
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Peleus Insurance Company v. Allied World Surplus Lines Insurance Company  et al.
Index No. 1:24-cv-02394-JMF**

Dear Judge Furman:

We are counsel for Defendants 333 Park Slope Condos, LLC and Rogers & Dawson Building Company, LLC in this action. We write to request an adjournment of the initial conference scheduled for June 26, 2024, and an extension of time to file our answer to the amended complaint to July 1, 2024. All other appearing parties consent to the requests.

The reason for the request to extend the time to file our answer to the complaint is that we were recently retained and need additional time to review the allegations, potential defenses, and facts. As noted above, Plaintiff consents to the requested extension. This is the first request for an extension of the date to file our answer.

Relatedly, we request an adjournment of the initial conference scheduled for June 26, 2024 so we have sufficient time to familiarize ourselves with the issues in the action before the initial conference. We request that the initial conference be rescheduled to a date convenient for the Court after July 1, 2024. This is the first request for an adjournment of the initial conference, and an adjournment will not affect any dates currently scheduled, other than the date to file the joint

letter and proposed case management plan preceding the initial conference. No future appearances are currently scheduled. All appearing parties consent to this request.

    We thank Your Honor for your attention to this matter.

                                                 Respectfully submitted,

                                                 /s/ Joshua S. Androphy
                                                  Joshua S. Androphy, Esq.

cc: All Counsel of record (via ECF)

> Application GRANTED. The initial pretrial conference scheduled for June 26, 2024 is hereby ADJOURNED to **July 2, 2024** at **10:30 a.m.** The call-in instructions remain the same. *See* ECF No. 12. The parties are reminded that they must submit a joint letter and a proposed case management plan by the Thursday prior to the conference. *See id*. The Clerk is directed to terminate ECF No. 40.
>
>             SO ORDERED.
>
>             *[signature]*
>             June 20, 2024

M+T