# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **09/26/2024**

September 23, 2024

**MEMO ENDORSED**

**VIA ECF**
Hon. Katharine H. Parker
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Peleus Insurance Company v. Allied World Surplus Lines Insurance Company et al.
Index No. 1:24-cv-02394-JMF-KHP**

Dear Judge Parker:

We are counsel for Defendants 333 Park Slope Condos, LLC and Rogers & Dawson Building Company, LLC in this action. We write to request an adjournment of the settlement conference from October 2, 2024 to November 15, 2024 in the morning, or such other later date as is convenient for the Court. All other appearing parties consent to the requests.

The reason for the request to adjourn the settlement conference is that Rosh Hashanah begins in the evening of October 2, 2024, and both of my client representatives are strictly observant Jews and are very concerned that appearing in person at the multi-party settlement conference will interfere with their ability to prepare for the holiday. Additionally, the managing member of our clients, Perry M. Finkelman, passed away in August 2024. This has placed additional responsibilities on the client representatives and delayed completion of discovery. We have requested and obtained an extension of time until September 26 to complete discovery, and the parties would benefit from additional time to prepare for the settlement conference. This is the first request for an adjournment of the settlement conference.

We thank Your Honor for your attention to this matter.

                                              Respectfully submitted,

                                              /s/ Joshua S. Androphy
                                               Joshua S. Androphy, Esq.

cc: All Counsel of record (via ECF)

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, October 2, 2024 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. is hereby rescheduled to <u>Thursday, November 21, 2024 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>November 14, 2024 by 5:00 p.m.</u>

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

09/26/2024

M+T