```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PELEUS INSURANCE COMPANY,                                          :
                                                                   :
                        Plaintiff,                                 :
                                                                   :
        -v-                                                        :
                                                                   :
ALLIED WORLD SURPLUS LINES INSURANCE                               :
COMPANY et al.,                                                    :
                                                                   :
                        Defendants.                                :
                                                                   :    24-CV-2394 (JMF)
ALLIED WORLD SURPLUS LINES INSURANCE                               :
COMPANY,                                                           :         ORDER
                                                                   :
                        Defendant/Cross-Claimant,                  :
                                                                   :
        -v-                                                        :
                                                                   :
333 PARK SLOPE CONDOS, LLC et al.,                                 :
                                                                   :
                        Cross-Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      As discussed during the October 21, 2024 telephone conference, the parties shall file a joint letter no later than **December 5, 2024**, proposing (1) a summary judgment briefing schedule; and (2) a briefing structure that avoids unnecessary and duplicative briefing. Moreover, the Court encourages parties to confer about filing a joint statement of undisputed facts to facilitate motion practice.

      SO ORDERED.

Dated: October 21, 2024  
      New York, New York  
                                                JESSE M. FURMAN  
                                                United States District Judge